THYRZA B. FOWLER et al., Appellants, *v.* MONTAUK BEACH DEVELOPMENT CORPORATION et al., Defendants, and THOMAS E. RINGWOOD, as Trustee of MONTAUK BEACH DEVELOPMENT CORPORATION, Respondent.

(Argued April 21, 1936; decided May 19, 1936.)

*John A. Kelly* and *F. Trowbridge vom Baur* for appellants.

*Leonard P. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.